UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case Number:   2:13–cv–02408–MMM–JC            DATE:   5/7/2013
Title:   INVESTMENT MANAGEMENT COMPANY LLC V. SVETLANA CHOLAKIAN ET AL

Present: The Honorable  Margaret M. Morrow ,  U. S. District Judge

Deputy Clerk:   Anel Huerta
Court Reporter:   N/A

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

Proceedings:   **(In Chambers) Discharge of Order to Show Cause Why Court Should Not Dismiss Action for Lack of Prosecution**

On 4/24/2013, the court issued an Order to Show Cause why it should not dismiss this action for lack of prosecution.  Plaintiff has filed a response to the Order to Show Cause re Lack of Prosecution on 05/01/2014.

The court deems that response satisfactory, and orders the Order to Show Cause discharged.

CV–90                            **CIVIL MINUTES – GENERAL**                     Initials of Deputy Clerk: ah

–1–